JAMES M. FISK, Respondent, *v.* JACOB W. ELSEFFER, Appellant.

(Argued April 3, 1879; decided April 15, 1879.)

*O. D. M. Baker* for appellant.

*Homer A. Nelson* for respondent.

AGREE to affirm without opinion.
All concur, except MILLER, J., not voting.
Judgment affirmed.

---

GEORGE W. HAWKINS, Respondent, *v.* DANIEL C. MACY, Appellant.

(Argued April 4, 1879; decided April 22, 1879

DECIDED on the facts in the case.

*Thomas S. Strong* for appellant.

*J. Lawrence Smith* for respondent.

DANFORTH, J., reads for affirmance.
All concur.
Judgment affirmed.